IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MARIELLE SMITH, et al.<br><br>Defendants. | Case No.: CR-24-436-G |

**DECLARATION OF HENRY A. MEYER, III IN SUPPORT OF MOTION TO APPOINT A COORDINATING DISCOVERY ATTORNEY**

I, Henry A. Meyer III, declare and state as follows:

1. I am the court-appointed attorney for Lasasha Johnson in the above captioned case.

2. Sixteen individuals are charged in a single-count indictment with allegations of conspiring to distribute controlled substances, in violation of 21 U.S.C. Section 846. *See* ECF No. 1. Of the 16 defendants, 14 have appointed counsel and two have yet to be arraigned. The Motion for Protective Order states "[t]his case is the result of an investigation which spans multiple years and includes numerous search warrants, phone downloads, law enforcement seizures of drugs and money, controlled purchases of drugs, and other investigative tools which implicated the named

Defendants, unindicted co-conspirators, and defendants who have already been charged in separate indictments." *See* ECF No. 128.

3. The large volume and technical nature of discovery led counsel to seek the assistance of John C. Ellis, Jr., as a Coordinating Discovery Attorney. Mr. Ellis is an attorney in San Diego, California and one of five national Coordinating Discovery Attorneys for the Administrative Office of U.S. Defender Services Office (DSO). His time will be paid by the DSO. His work can be shared with defense counsel and will help avoid duplicate time and costs organizing discovery

4. All appointed counsel who have provided input join the motion to have Mr. Ellis appointed as a Coordinating Discovery Attorney in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct on December 9, 2024.

*/s/ Henry A. Meyer III*
Henry A. Meyer III

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Henry A. Meyer, III
Henry A. Meyer, III