**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-24-436-G** |
| | ) | |
| **LANADIA LEWIS,** | ) | **Violation: 21 U.S.C. § 846** |
| | ) | |
| **Defendant.** | ) | |

**SUPERSEDING INFORMATION**

The United States Attorney charges:

**COUNT 1**
**(Drug Conspiracy)**

From in or about June 2022, through on or about September 30, 2024, within the Western District of Oklahoma,

---------------------------------------- **LANADIA LEWIS** ----------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown, to interdependently possess with intent to distribute and to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C).

ROBERT J. TROESTER
United States Attorney

STEPHEN C. HOCH
Assistant United States Attorney