**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| v. | Case No. CR-24-436-G |
| MARIELLE TRAMANIE SMITH, et al. | |
| **Defendant.** | |

## JOINT APPLICATION TO SEAL

The United States and Defendant Marielle Smith, by and through undersigned counsel, respectfully file this Joint Application to Seal Defendant's Motion to Dismiss (Doc. No. 546). After conferring, the parties agreed to submit the instant application to seal Defendant's Motion to Dismiss, which references witness cooperation. (*See* Doc. No. 546 at 5). The parties respectfully request that the Court grant this application and file Mr. Smith's Motion to Dismiss (Doc. No. 546) under seal.

Respectfully submitted, this 3rd day of April, 2026.

*/s/ Kelyn J. Smith*
Kelyn J. Smith, IL Bar No. 6333376
*Admitted Pro Hac Vice*
Federal Defender Program, Inc. (N.D. Ga.)
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, GA 30303

Phone: (404) 688-7530
Fax: (404) 688-0768
Kelyn_Smith@FD.org
Attorney for Marielle Smith

*/s/ Stephen Hoch*
STEPHEN HOCH (OBA 35133)
Assistant United States Attorney
Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(404) 553-8700
Stephen.Hoch@usdoj.gov
Attorney for the United States of America