**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-24-436-G** |
| | ) | |
| **ASHLEY LAW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO DISMISS**

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States respectfully moves to dismiss the Indictment in this matter without prejudice only as to Defendant Ashley Law in the ends of justice.

Therefore, the United States respectfully requests that the Court enter an Order dismissing without prejudice the Indictment filed on October 1, 2024, only as to Defendant Ashley Law.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/ *Stephen Hoch*
STEPHEN HOCH (OBA 35133)
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8736 (Fax)
Stephen.Hoch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: All attorneys on record.

s/*Stephen Hoch*
Assistant United States Attorney