# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      **Plaintiff,**

**v.**

**MARIELLE TRAMANIE SMITH,**
**et al.**

      **Defendant.**

Case No. 5:24-cr-00436-G

## NOTICE OF EXPERT WITNESS ANTHONY P. DECAPRIO, PH.D

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), Marielle Tramanie Smith, by and through undersigned counsel, hereby gives notice of his intention to introduce expert witness testimony from Anthony P. DeCaprio, Ph.D. The defense anticipates calling Dr. DeCaprio to testify as to the results of drug testing and drug testing procedures utilized by the Drug Enforcement Administration and other law enforcement agencies.

Dr. Decaprio is expected to testify regarding possible flaws or infirmities in the lab testing undertaken in this case as well as potential problems with collection, handling, or contamination of the evidence items that were tested by the DEA and/or other law enforcement agencies. He is also expected to offer his expert interpretations of the results obtained by lab analyses. He may also offer opinions regarding protocols established at relevant lab facilities that are meant to assure the validity of testing results.

As a board-certified toxicologist with more than forty-five years of professional experience, Dr. Decprio is qualified to offer these opinions in a court of law. Dr. DeCaprio's curriculum vitae, containing a list of his qualifications and all publications authored within the last ten (10) years, and a list of all other cases in which he has testified as an expert at trial or by deposition within the last four (4) years, are attached to this disclosure.

I, Anthony P. DeCaprio, Ph.D., approve and sign the following disclosure pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C)(v).

Respectfully submitted,

*/s/ Kelyn J. Smith*
Kelyn J. Smith, IL Bar No. 6333376
*Admitted Pro Hac Vice*

*/s/ Josh D. Moore*
Josh D. Moore, GA Bar No. 520028
*Admitted Pro Hac Vice*

Federal Defender Program, Inc. (N.D. Ga.)
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, GA 30303
Phone: (404) 688-7530
Fax: (404) 688-0768
Kelyn_Smith@FD.org
Josh_Moore@FD.org

*/s/ Edward M. Blau*
Edward M. Blau, #20626
*Local Counsel*

2

Blau Law Firm PLLC
101 Park Ave., Suite 600
Oklahoma City, OK 73102
Phone: (405) 232-2528
Fax: (405) 232-2532
edblau@blaulawfirm.com

**Attorneys for Marielle Tramanie Smith**