**FEDERAL DEFENDER PROGRAM**
Northern District of Georgia

Natasha Perdew Silas, Executive Director

Josh Moore
Assistant Federal Defender

May 1, 2026

Stephan C. Hoch
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Via Email: stephen.hoch@usdoj.gov

Re: *USA v. Marielle Smith, et al.*, 5:24-cr-00436-G — Discovery

Dear Mr. Hoch:

In addition to the lab discovery request sent earlier today, undersigned defense counsel hereby formally requests production of the following additional information and documentation pursuant to both Rule 16 of the Federal Rules of Criminal Procedure as well as *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.

| | |
|---|---|
| SMI_000012 | This report refers to "the execution of a Search Warrant at 2224 Miramar Blvd, Oklahoma City, OK on 06/13/23" (Shricea Lopez's home) – the defense is requesting a true and complete copy of this warrant. The defense is also requesting any extraction produced from two Devices (N-3 and N-4) seized on 06/13/23 from Shricea Lopez after her arrest. |
| SMI_000104 | The defense is requesting the mentioned "Crime Stoppers tip" received on November 8, 2023 concerning Shaive Willis. |
| SMI_000105 | The phone extractions of phones seized from Marielle Smith's cell on 10/26/23 to include SMI_002444 evidence of "1 Blue ATT & 1 Green Motorola Smart Phone" |
| SMI_000184 | The defense is requesting any extraction produced from iPhone N-42, Seized after the arrest of Shaquan Miles on 10/16/24 |
| SMI_001083 | This report refers to law enforcement securing a tracker warrant for Johnson's black Chevy Tahoe out of the NDTX. The defense is requesting a true and complete copy of this warrant. |

# FEDERAL DEFENDER PROGRAM

## Northern District of Georgia

Natasha Perdew Silas, Executive Director

| | |
|---|---|
| SMI_002165 | A Confidential Source is mentioned in this OSBN report as providing information about Bridgett McGaha. The defense is requesting disclosure of the identity of this person. |
| SMI_002209 | This OSBN report indicates that "multiple sources" advised that Bridgett would be travelling to California "to pick up methamphetamine." The defense is requesting the identity of these sources. |
| SMI_002359 | This OSBN report references an "RCI" who says Bridgett is involved in the distribution of methamphetamine again" as of May 20, 2024. The defense is requesting the identity of this person. |
| SMI_002359 | The defense is requesting the referenced "pole camera" footage of 409 South Maple St, Sapulpa. |
| SMI_002495 | The probable cause statement sworn in support of this search warrant requested by DEA SA Spratt states that a detailed "Crime Stoppers Tip" was received by the Lawton Police Department "that identified WILLIS as a large-scale fentanyl trafficker." The defense is requesting disclosure of this tip and the details of any local follow-up that is not included in the discovery provided. |
| SMI_002856 | The probable cause statement sworn in support of this search warrant requested by DEA SA Epp states that "[d]uring August 2023, Lawton police arrested a person who worked for the SMITH DTO with 9,000 fentanyl pills, 86 pounds of methamphetamine, and 30 pounds of marijuana. The person agreed to cooperate with law enforcement (CD-3)." The defense is requesting any and all reports relating to this purported August 2023 stop and to the complete details provided by "CD-3." |
| SMI_003547 | The defense is requesting an extraction of the data produced as a result of Chris Pasley's arrest (Prob cause affidavit states Pasley had been talking to Marielle Smith, who is in prison as justification for warrant) |
| SMI_003768 | The defense is requesting the disclosure of any information concerning the true identity of UM0525. |
| SMI_003770 | The defense is requesting information: Was the driver of the black Mercedes ever identified? |
| SMI_004024 | The defense is requesting unredaction of this photo. |
| SMI_004151 | The defense is requesting information: Who is Nicole Duncan? Video testimony request in Comanche County case CF 2022-551 |
| SMI_004205 | The defense is requesting an unredacted version of this page of the warrant. |
| SMI_005097 | The defense is requesting the SW affidavit and return for Kerr's Facebook |
| SMI_005408 | The defense is requesting any extraction produced from Exhibit N-9 and N-10 on October 17, 2023 which were seized from Iyhana Adams after her arrest. |

**FEDERAL DEFENDER PROGRAM, INC.**

1500 Centennial Tower | 101 Marietta Street NW | Atlanta, GA 30303

404-688-7530 | 800-688-7538 | 404-688-0768 (Fax)

**FEDERAL** **DEFENDER**
**PROGRAM**
Northern District of Georgia

Natasha Perdew Silas, Executive Director

| No bates | The defense is requesting forensic imaging of Linderal Petties' phone that was seized in connection with her arrest in Arizona in July of 2023. |
|---|---|

In view of our trial date, we are requesting disclosure of this information by no later than May 20, 2026. If you require additional time or have any questions or concerns about any of the items on this list, please feel free to call me directly. Thanks and have a great weekend.

Sincerely,

*/s/ Josh D. Moore*
Josh D. Moore, GA Bar No. 520028
*Admitted Pro Hac Vice*

*/s/ Kelyn J. Smith*
Kelyn J. Smith, IL Bar No. 6333376
*Admitted Pro Hac Vice*

Federal Defender Program, Inc. (N.D. Ga.)
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, GA 30303
Phone: (404) 688-7530
Fax: (404) 688-0768
Kelyn_Smith@FD.org
Josh_Moore@FD.org