

# UNITED STATES DEPARTMENT OF JUSTICE

## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF OKLAHOMA

210 PARK AVENUE, SUITE 400                     OKLAHOMA CITY, OK 73102
PHONE: (405) 553-8700                          FAX: (405) 553-8888

Josh Moore and Kelyn Smith
Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, GA 30303

Counsel,

The government is in receipt of the discovery request in CR-24-436-G, dated May 1, 2026. The government's response to each request is listed in the corresponding table below. Please do not hesitate to reach out should you wish to further discuss.

Thank you,

Stephen Hoch
Assistant United States Attorney
(405) 553-8736

| Bates Stamp | Request | Response |
|---|---|---|
| SMI_000012 | This report refers to "the execution of a Search Warrant at 2224 Miramar Blvd, Oklahoma City, OK on 06/13/23" (Shricea | Produced. |

|  | | |
|---|---|---|
|  | Lopez's home) – the defense is requesting a true and complete copy of this warrant. | |
| SMI_000012 | The defense is also requesting any extraction produced from two Devices (N-3 and N-4) seized on 06/13/23 from Shricea Lopez after her arrest. | DEA has physical cellphones belonging to Lopez and is initiating attempts to extract. Upon successful extraction, copies will be produced. |
| SMI_000104 | The defense is requesting the mentioned "Crime Stoppers tip" received on November 8, 2023 concerning Shaive Willis. | It is the government's position that this information is not relevant.  It is also not discoverable under Roviaro v. United States, 353 U.S. 53, 60 (1957). |
| SMI_000105 | The phone extractions of phones seized from Marielle Smith's cell on 10/26/23 to include SMI_002444 evidence of "1 Blue ATT & 1 Green Motorola Smart Phone" | On 5/15/26, USAO received a download from DEA regarding the Marielle Smith cellphone seized on 10/26/23 and is preparing the phone for production. |
| SMI_000184 | The defense is requesting any extraction produced from iPhone N-42, Seized after the arrest of Shaquan Miles on 10/16/24 | DEA has physical cellphone belonging to Miles and is initiating attempts to extract. Upon successful extraction, a copy will be produced. |
| SMI_001083 | This report refers to law enforcement securing a tracker warrant for Johnson's black Chevy Tahoe out of the NDTX. The defense is requesting a true and complete copy of this warrant. | Produced. |
| SMI_002165 | A Confidential Source is mentioned in this OSBN report as providing information about Bridgett McGaha. The defense is requesting disclosure of the identity of this person. | It is the government's position that this information is not relevant.  It is also not discoverable under Roviaro v. United States, 353 U.S. 53, 60 (1957). |

| SMI_002209 | This OSBN report indicates that "multiple sources" advised that Bridgett would be travelling to California "to pick up methamphetamine." The defense is requesting the identity of these sources. | It is the government's position that this information is not relevant.  It is also not discoverable under Roviaro v. United States, 353 U.S. 53, 60 (1957). |
|---|---|---|
| SMI_002359 | This OSBN report references an "RCI" who says Bridgett is involved in the distribution of methamphetamine again" as of May 20, 2024. The defense is requesting the identity of this person. | It is the government's position that this information is not relevant.  It is also not discoverable under Roviaro v. United States, 353 U.S. 53, 60 (1957). |
| SMI_002359 | The defense is requesting the referenced "pole camera" footage of 409 South Maple St, Sapulpa. | OBN has confirmed that this footage is no longer available for download. |
| SMI_002495 | The probable cause statement sworn in support of this search warrant requested by DEA SA Spratt states that a detailed "Crime Stoppers Tip" was received by the Lawton Police Department "that identified WILLIS as a large-scale fentanyl trafficker." The defense is requesting disclosure of this tip and the details of any local follow-up that is not included in the discovery provided. | It is the government's position that this information is not relevant.  It is also not discoverable under Roviaro v. United States, 353 U.S. 53, 60 (1957). |
| SMI_002856 | The probable cause statement sworn in support of this search warrant requested by DEA SA Epp states that "[d]uring August 2023, Lawton police arrested a person who worked for the SMITH DTO with 9,000 fentanyl pills, 86 pounds of methamphetamine, and 30 pounds of marijuana. The person agreed to cooperate with law enforcement (CD-3)." The defense is requesting any and all reports relating to this purported August 2023 stop and to the complete details provided by "CD-3." | It appears that the referenced arrest occurred in February 2023, not August 2023. DEA SA Jeremy Epp is issuing a supplemental DEA-6 regarding this matter, which will be produced upon completion. |
| SMI_003547 | The defense is requesting an extraction of the data produced as a result of Chris Pasley's arrest (Prob cause affidavit states | The data requested is not in federal law enforcement's possession. The government does not intend to |

| | Pasley had been talking to Marielle Smith, who is in prison as justification for warrant) | introduce any evidence or testimony related to this incident, Chris Pasley, or any contents of Mr. Pasley's phone. |
|---|---|---|
| SMI_003768 | The defense is requesting the disclosure of any information concerning the true identity of UM0525. | It is believed that UM0525 was an individual named Devin Fulner. |
| SMI_003770 | The defense is requesting information: Was the driver of the black Mercedes ever identified? | It does not appear that the driver of the Mercedes was ever positively identified. |
| SMI_004024 | The defense is requesting unredaction of this photo. | This redaction appears to be inadvertent; in the original, unredacted discovery, this is a black image. |
| SMI_004151 | The defense is requesting information: Who is Nicole Duncan? Video testimony request in Comanche County case CF 2022-551 | Neither counsel for the government nor the federal case agents have any knowledge regarding Nicole Duncan. It appears that she was charged in Comanche County with Child Neglect in July 2022 and that these documents were pulled in error from the state. |
| SMI_004205 | The defense is requesting an unredacted version of this page of the warrant. | Because the affidavit contains cooperator information, the USAO is willing to produce the warrant for internal review at the USAO. |
| SMI_005097 | The defense is requesting the SW affidavit and return for Kerr's Facebook | Produced. |
| SMI_005408 | The defense is requesting any extraction produced from Exhibit N-9 and N-10 on October 17, 2023 which were seized from Iyhana Adams after her arrest. | Adams' phones were downloaded and returned to Adams. The hard drive containing the downloads of |

| | | Adams' phones has been corrupted and is inaccessible. At this time, the government does not intend to introduce evidence related to Adams at trial. |
| --- | --- | --- |
| No bates | The defense is requesting forensic imaging of Linderal Petties' phone that was seized in connection with her arrest in Arizona in July of 2023. | The government remains in the process of determining whether a download of Petties' phone exists with the appropriate HSI personnel. Nevertheless, even if it does, at this time, the government does not intend to produce any contents therein during its case-in-chief. |