**FEDERAL DEFENDER PROGRAM**

Northern District of Georgia

Natasha Perdew Silas, Executive Director

Josh Moore
Assistant Federal Defender

May 20, 2026

Stephan C. Hoch
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Via Email: stephen.hoch@usdoj.gov

Re: *USA v. Marielle Smith, et al.*, 5:24-cr-00436-G — Discovery

Dear Mr. Hoch:

In addition to the specific discovery request sent on May 1, undersigned defense counsel hereby formally requests production of the following additional information and documentation pursuant to both Rule 16 of the Federal Rules of Criminal Procedure as well as *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.

**General Discovery:**

| | |
|---|---|
| SMI_109 | According to indexing, Ranisha Steele was identified as "a DTO member" during an interviews on January 18, 2023. The defense is requesting a copy of any notes, recordings, or reports concerning any interview conducted on January 18, 2023. Or is this date a typo? |
| SMI_121 | OBN Tulsa was apparently independently investigating Bridgett Hudgins. The defense requests a complete, unredacted law enforcement file concerning any such investigative activities and information developed. |
| SMI_131 | The defense requests the audio and video recording of Agent Spratt's interview with Shaquan Miles. |
| SMI_133 | The defense requests the contents of the cell phone searched and/or extracted from Shaquan Miles during her May 24, 2024 interview with Agent Spratt, in |

**FEDERAL DEFENDER PROGRAM**
Northern District of Georgia

Natasha Perdew Silas, Executive Director

| | |
|---|---|
| | addition to the consent to search waiver that is alleged to have authorized access. |
| SMI_143 | The defense is requesting the identity of the CS referred to in this report. |
| SMI_188 | The defense is requesting an unredacted version of the DEA 6 concerning Shiave Willis' arrest for use at trial. |
| SMI_455 | The defense is requesting the recorded interview with Leah Melrose conducted by SA Zachary O'Diem and SA Norton on October 16, 2024 |
| SMI_2211 | The defense requests an unredacted copy of this OBN interview report. |
| SMI_2214 | The defense requests an unredacted copy of this OBN interview report. |
| SMI_2217 | The defense requests an unredacted copy of this OBN interview report. |
| SMI_3662 | The defense is requesting an unredacted copy of this Lawton PD report. |
| SMI_4675 | The defense requests identification of CD referenced as participating in controlled buy from Dae-Shawna Robinson on February 19, 2024 |
| SMI_4701 | The defense requests the recorded interview of Stormy Keys by LPD Detective McCoy and Spratt and Epp |

## Specific Additional *Brady* Demands:

[a] Complete records of any disciplinary or other adverse personnel action or censure of DEA agents Tim Spratt or Jeremy Epps or any other agent involved in this investigation in any capacity;

[b] Any complaints or concerns raised, either internally or from any external source, touching upon the discharge of official duties on the part of DEA agents Tim Spratt or Jeremy Epps or any other agent involved in this investigation irrespective of whether such complaints or concerns were substantiated or deemed to be founded;

[c] Any internal performance-based criteria for promotion or advancement within the Drug Enforcement Agency (DEA) or Homeland Security Investigations (HSI) that could be construed as providing incentive for agents to make or close cases;

[d] Complete employment records reflecting the timing and nature any promotions or commendations earned by DEA agents Tim Spratt or Jeremy Epps within, or subsequent to, the timeframe of any investigation pertaining to the alleged "Smith DTO;"

[e] Any instances where the veracity of oral or written testimony offered by DEA agents Tim Spratt or Jeremy Epps has been called into question by any judicial officer or the findings of any jury;

[f] Any instances where a request made by DEA agents Tim Spratt or Jeremy Epps to issue a warrant of any kind was rejected by any local, state, or federal judicial officer for any reason;

[g] The complete file (including all notes, reports, recordings, and findings) of any internal review or investigation into the circumstances of the murder of Linderal Petties in November of 2023

FEDERAL DEFENDER PROGRAM
Northern District of Georgia

Natasha Perdew Silas, Executive Director

examining the propriety or appropriateness of the investigatory decisions made or strategies employed by the DEA and HSI in connection with its investigation of the "Smith DTO;"

[h] A complete record of any communication of any kind within or among government agents or agencies concerning the tactical decision to allow what has been termed the "Smith DTO" to continue to operate even after many of the alleged participants and modes of operation were clearly known to law enforcement;

[i] Any reason to believe that any source of information contributing to this investigation was either less than reliable or else insufficiently reliable to support the issuance of judicial warrants that would have resulted in the immediate cessation of the "Smith DTO;"

[j] Any information provided by an individual purporting to have been involved in the "Smith DTO" that contradicts or undermines information provided by aother individuals purporting to have been involved or information developed independently by law enforcement;

[k] Any information suggesting the possibility that any co-defendant or known coconspirator ever purchased, transported, or sold illegal drugs in transactions with no known connection to Mr. Smith, or ever attempted to do so at any time;

[l] Complete notes or recordings of any interview with any potential prosecution witness wherein the interviewee provides information that contradicts or was not included in any statement the witness had previously made to law enforcement or where the interviewee retracts any statements previously made;

[m] As an example of the above request, the defense is requesting complete recordings and documentation of any interview of Shaive Willis with any member of law enforcement or the prosecution in which Mr. Willis contradicts any of the following statements he made to law enforcement during a recorded interview on October 24, 2024: [1] that he had no knowledge of Marielle Smith being involved in drugs; [2] that he had never spoken with Marielle Smith or been contacted by him; or [3] that he met Marielle Smith in 2020 and was introduced by Lasasha Johnson. To the extent Mr. Willis has now said anything to contradict these representations, both the recording of his October 24 interview as well as any subsequent interview, would clearly constitute *Brady* material undermining his credibility as a witness against Mr. Smith at trial;

[n] Complete notes or recordings of any interview with any potential prosecution witness wherein requests for assistance or consideration of any kind were either made by, or on behalf of, the interviewee or offered by the interviewers irrespective of whether the consideration offered or requested was ultimately granted;

[o] The full scope of any formal or informal agreements or understandings entered into by any potential prosecution witness or defense attorney and any agent of the United States Government or state or local law enforcement agency in connection with this investigation;



Natasha Perdew Silas, Executive Director

[p] Any compensation of any kind (whether or not characterized as reimbursement) offered or paid by the Government to any individual testifying before the grand jury in this matter;

[q] Complete notes or recordings of any interview with any co-defendant or known coconspirator wherein the interviewee fails to identify or recognize any person believed or suspected by law enforcement of being involved in what has been termed the "Smith DTO;" and

[r] Complete notes or recordings of any interview with any co-defendant or known coconspirator wherein the interviewee professes any degree of ignorance of the precise contours or nature of their role in a larger conspiracy at any point in time (for example, Linderal Petties contending that she was unaware that she would be transporting narcotics back to Oklahoma from Arizona).

In view of our impending trial date, we are requesting disclosure of this information by no later than June 1, 2026. If you require additional time or have any questions or concerns about any of the items on this list, please feel free (as ever) to call me directly. Thanks.

Sincerely,

*/s/ Josh D. Moore*
Josh D. Moore, GA Bar No. 520028
*Admitted Pro Hac Vice*

*/s/ Kelyn J. Smith*
Kelyn J. Smith, IL Bar No. 6333376
*Admitted Pro Hac Vice*

Federal Defender Program, Inc. (N.D. Ga.)
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, GA 30303
Phone: (404) 688-7530
Fax: (404) 688-0768
Kelyn_Smith@FD.org
Josh_Moore@FD.org