

# UNITED STATES DEPARTMENT OF JUSTICE

## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF OKLAHOMA

210 PARK AVENUE, SUITE 400                                         OKLAHOMA CITY, OK 73102
PHONE: (405) 553-8700                                              FAX: (405) 553-8888

Josh Moore and Kelyn Smith
Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, GA 30303

Counsel,

The government is in receipt of the discovery request in CR-24-436-G, dated May 20, 2026. The government's responses to the requests identified in the "general discovery" section are listed in the corresponding table below. As to the "specific additional *Brady* demands," the government intends to continue to abide by its obligations under *Brady*, *Giglio*, *Jencks*, the DPPA, and the Federal Rules of Criminal Procedure in accordance with the governing scheduling order and in advance of the trial setting in this matter. Please do not hesitate to reach out should you wish to further discuss.

Thank you,

Stephen Hoch
Assistant United States Attorney
(405) 553-8736

| Bates Stamp | Request | Response |
|---|---|---|
| SMI_109 | According to indexing, Ranisha Steele was identified as "a DTO member" during an interviews on January 18, 2023. The defense is requesting a copy of any notes, recordings, or reports concerning any interview conducted on January 18, 2023. Or is this date a typo? | This appears to be a typo, as the identification of R. Steele was obtained during the interview with S. Batise on Jan. 17, 2024. |
| SMI_121 | OBN Tulsa was apparently independently investigating Bridgett Hudgins. The defense requests a complete, unredacted law enforcement file concerning any such investigative activities and information developed. | The government requested all reports from OBN regarding its investigation into Ms. Hudgens'. On June 1, 2026, the government received an additional report from OBN which will be produced in the coming days. |
| SMI_131 | The defense requests the audio and video recording of Agent Spratt's interview with Shaquan Miles. | The government will provide unredacted reports and other Jencks material (to include recorded interviews) in accordance with the scheduling order for any testifying witnesses. |
| SMI_133 | The defense requests the contents of the cell phone searched and/or extracted from Shaquan Miles during her May 24, 2024 interview with Agent Spratt, in addition to the consent to search waiver that is alleged to have authorized access. | The phone was reviewed in person; no extraction occurred and thus, there is no content to produce. |
| SMI_143 | The defense is requesting the identity of the CS referred to in this report. | It is the government's position that this information is not relevant.  It is also not discoverable under Roviaro v. United States, 353 U.S. 53, 60 (1957). |
| SMI_188 | The defense is requesting an unredacted version of the DEA 6 concerning Shiave Willis' arrest for use at trial. | The government will provide unredacted reports and other Jencks material in accordance with the scheduling order for any testifying witnesses. |
| SMI_455 | The defense is requesting the recorded interview with Leah Melrose conducted by SA Zachary O'Diem and SA Norton on October 16, 2024 | This recording is just under 8 minutes. The government does not intend to call Ms. Melrose as a witness at trial, or introduce any of the statements elicited during the interview at trial. The video will be made available for review at the US Attorney's Office. |

| | | |
|---|---|---|
| SMI_2211 | The defense requests an unredacted copy of this OBN interview report. | The government will provide unredacted reports and other Jencks material (to include recorded interviews) in accordance with the scheduling order for any testifying witnesses. |
| SMI_2214 | The defense requests an unredacted copy of this OBN interview report. | The government will provide unredacted reports and other Jencks material (to include recorded interviews) in accordance with the scheduling order for any testifying witnesses. |
| SMI_2217 | The defense requests an unredacted copy of this OBN interview report. | The government will provide unredacted reports and other Jencks material (to include recorded interviews) in accordance with the scheduling order for any testifying witnesses. |
| SMI_3662 | The defense is requesting an unredacted copy of this Lawton PD report. | The government does not intend to call this individual as a witness at trial, or introduce any of the statements elicited during the interview at trial. The unredacted copy of the report has been previously made available for review at the US Attorney's Office. To the extent an unredacted copy is needed for any reason at trial, a copy will be timely provided. |
| SMI_4675 | The defense requests identification of CD referenced as participating in controlled buy from Dae-Shawna Robinson on February 19, 2024 | It is the government's position that this information is not relevant. It is also not discoverable under Roviaro v. United States, 353 U.S. 53, 60 (1957). |
| SMI_4701 | The defense requests the recorded interview of Stormy Keys by LPD Detective McCoy and Spratt and Epp | The government does not intend to call Ms. Key as a witness at trial or introduce any of the statements elicited during the interview at trial. Although discovery related to Ms. Key was produced in an abundance of caution, Ms. Key's conduct falls outside the scope of the Smith conspiracy. Thus, it is the government's position that this information/interview is not relevant. |