| | |
|---|---|
| **From:** | Josh Moore |
| **To:** | Stephen.Hoch@usdoj.gov |
| **Subject:** | Marielle Smith |
| **Date:** | Wednesday, June 10, 2026 2:23:00 PM |
| **Attachments:** | image001.png |

Stephen,

Please find herein another set of requests for *Brady* and R16 disclosure in connection with our upcoming trial. In view of the timeframe, I think it might be easiest just to address these things in a phone call rather than asking you for a more formal response. I will try to give you a call tomorrow and we can run down the list together – just wanted to give you a little advance notice before calling:

[1] Any and all documentation or recordings of law enforcement interaction with Shricea Lopez in the aftermath of her sale of illegal narcotics to UC Quentin Cooper on June 15, 2022, including any communication of any kind between Ms. Lopez and law enforcement or any prosecutorial authority at any time between the date of this transaction and her eventual arrest one year later on June 23, 2023, or an explanation of why such documentation and recordings are not available;

[2] Any and all documentation or recordings of law enforcement interaction with Friencheska Moore during or after the stop and arrest of Ms. Moore in McClain County on April 21, 2023, or an explanation of why such documentation and recordings are not available;

[3] Any and all documentation or recordings of law enforcement interaction with Shricea Lopez, Ashley Law, or Ashley Mitchell during or after the arrest of Ms. Lopez in McClain County on June 23, 2023, or an explanation of why such documentation and recordings are not available;

[4] Any and all documentation or recordings of state or federal law enforcement interaction with Bridgett Hudgins during or after her stop and arrest on February 16, 2024 with Amanda LeFebre in Creek County, or an explanation of why such documentation and recordings are not available;

[5] Any and all documentation or recordings of state or federal law enforcement interaction with Lasasha Johnson during or after her arrest on October 16, 2024, in Comanche County, or an explanation of why such documentation and recordings are not available;

[6] Any and all documentation or recordings of state or federal law enforcement interaction with Shiave Willis during or at any time after his arrest on November 14, 2023, in Oklahoma

City, or an explanation of why such documentation and recordings are not available;

[7] Any and all documentation or recordings of OBN, DEA, or HSI interviews with Shelby Moses and Amanda LeFebre after their arrests in Creek County;

[8] Any and all documentation or recordings of post-arrest interviews with law enforcement or any prosecutor's office of DeSharme Hunter;

[9] Any and all documentation or recordings of post-arrest interviews with law enforcement or any prosecutor's office of Shacronic Batise;

[10] Comprehensive raw "ping" location data collected in connection with travel of Bridgett Hudgins and Shelby Moses to California in February of 2024;

[11] Any and all photographs of images and messages from the cell phone of Linderal Pettis taken after her arrest in Arizona in July of 2023;

[12] A complete accounting of any cooperation provided by Bridgett Hudgins to any law enforcement or prosecutorial entity against any individual *other than Mr. Smith* at any time, including any documentation or recordings of her cooperation and interaction with authorities as well as disclosure of any formal or informal benefit conferred upon her in connection with such cooperation;

[13] A complete accounting of any formal or informal consideration offered to any witness in this matter (either directly or through defense counsel) in exchange for any form of cooperation or assistance with the Government's case against Mr. Smith;

[14] Disclosure of any *request* for consideration made by or on behalf of any witness in exchange for cooperation against Mr. Smith, whether or not such request was ultimately granted by the Government;

[15] Disclosure of any warnings provided, directly or indirectly, concerning any potential consequences of not cooperating with or assisting the Government in connection with its prosecution of Mr. Smith.

Josh D. Moore
Trial Attorney



1500 Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
404-688-7530 (office)