# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 5:24-cr-00436-G

MARIELLE TRAMANIE SMITH,
et al.

Defendant.

## NOTICE OF EXPERT WITNESS MATTHEW C. GREIMEL, SUPERVISORY SPECIAL AGENT, DEA (RET.)

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), Marielle Tramanie Smith, by and through undersigned counsel, hereby gives notice of his intention to introduce expert witness testimony from Matthew C. Greimel, retired Supervisory Special Agent with the Drug Enforcement Administration (DEA). The defense anticipates calling Mr. Greimel to testify as to the formation of drug-trafficking organizations, the hierarchical structure of such organizations, and operational practices of such organizations. In addition, Mr. Greimel is expected to testify to the standard operating procedures and policies utilized by the DEA and law enforcement agencies and may offer opinions regarding flaws and infirmities in investigative processes utilized by the DEA and other law enforcement agencies in this case.

With over two decades of experience as a law enforcement officer, which includes over thirteen (13) years of professional experience as a highly decorated

1

Supervisory Special Agent with the DEA, Mr. Greimel is qualified to offer these expert opinions in a court of law. Mr. Greimel's curriculum vitae, containing a list of his qualifications and experience, in addition to a list of all other cases in which he has testified as an expert within the last four (4) years, are attached to this disclosure. Mr. Greimel has no publications within the last ten (10) years.

I, Matthew C. Greimel, approve and sign the following disclosure pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C)(v).

*Matthew C. Greimel*    06/22/2026

Respectfully submitted,

*/s/ Kelyn J. Smith*
Kelyn J. Smith, IL Bar No. 6333376
*Admitted Pro Hac Vice*

*/s/ Josh D. Moore*
Josh D. Moore, GA Bar No. 520028
*Admitted Pro Hac Vice*

Federal Defender Program, Inc. (N.D. Ga.)
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, GA 30303
Phone: (404) 688-7530
Fax: (404) 688-0768
Kelyn_Smith@FD.org
Josh_Moore@FD.org

Edward M. Blau, #20626
*Local Counsel*
Blau Law Firm PLLC
101 Park Ave., Suite 600
Oklahoma City, OK 73102
Phone: (405) 232-2528

Fax: (405) 232-2532
edblau@blaulawfirm.com

**Attorneys for Marielle Tramanie Smith**