# ATTACHMENT 1

# Matthew C. Greimel

## Supervisory Special Agent (ret), Drug Enforcement Administration

## CEO/Triple Eye Florida

MattGreimel513@gmail.com

973-493-2909

### Education:

- BA, Psychology, Rutgers University, Newark, NJ 07102, 1997

- Police Training Commission (PTC) Certification, Newark Police Academy, 2001

- Basic Agent, Drug Enforcement Administration (DEA) Academy, 2005-2006

- Monmouth County Fire Academy, 2009

- Many certifications in the areas of law enforcement and emergency management.  Certifications can be furnished upon request

### Work Experience:

*November 2018 to present: CEO of Triple Eye Florida, LLC* - **Law Enforcement Expert Witness**

- Expert Witness/Consultant in many areas of international and domestic law enforcement (state/local/county/federal) with extensive training and trial experience.  My expertise covers many areas within law enforcement with a focus on drug law enforcement and investigations.  I also have expertise in many other areas of law enforcement and emergency management.  A complete list of specific areas of expertise can be furnished upon request.

*September 2005 to November 2018:* **DEA Special Agent and Supervisor**, DEA, NJ Division

- Primary responsibility is to make arrests and seize assets relative to federal level domestic and multi-national drug investigations, targeting narco-terrorists, gangs and other violent drug trafficking organizations and individuals. Assist in the prosecution of those arrested individuals in an effort to obtain a federal conviction. Over my career I didismantle or  disrupted several high level Drug Transportation Organizations including Narcoterrorists, Cartels, Violent Street Gangs (Distribution), Smuggling Groups, and seized metric tons of narcotics amd multimillion in drug proceeds (money, cars, jets, boats, houses, jewelry and more) as well as a multitude of weapons. Many investigations were multi-jurisdictional where I worked with several US Federal agencies (FBI, USMS, ATF, HSI and others),International Agencies, the US Military, and state/county/local law enforcement agencies across the US.

- Member and supervisor of several multi-level law enforcement task forces that targeted violent drug/ gang organizations (HIDTA Task Forces, Mobile Enforcement Team, USMS Fugitive Task Force, High Impact Team, Cease Fire, Newark Gang Investigations, and the Newark Violence Reduction Task Force). These task forces made large impacts into the violence in the targeted areas where they were deployed saving lives.

- Special Agent and Acting Group Supervisor – Asset Removal Group – in charge of overseeing the investigation, prosecution and adjudication of all criminal assets in the NJ Division of the DEA

- Founding member and team leader of the DEA, NJ Division Special Response Team (SRT), tasked with working the most violent missions sometimes with other groups and agencies. Clandestine Laboratory and Clandestine Laboratory Tactical certified (Clandestine Laboratory Tactical Team Leader for the Division) Qualified firearms instructor (weapons/shooting expert with advanced weapons tactical training), tactical/raids instructor, and member of the trauma team.

- Class counselor and instructor (firearns, tactical and defensive tactics) for Basic Agent Class 201 at the DEA Academy in Quantico, VA.

- DEA designee and team leader for Special Agent personnel to provide law enforcement assistance during a domestic national disaster (pursuant to Emergency Support Function – 13 of the National Response Framework) - deployed to Hurricane Catrina in New Orleans, the Magnitude 7 earthquake in Haiti in 2010, Super Storm/Hurricaine Sandin in NJ/NY in 2012, and Hurricane Maria in Puerto Rico in 2017

- Awarded 12 times for outstanding performance and for leading significant investigations, received the US Attorney District of New Jersey Award for outstanding investigation (first DEA Agent to receive this award), and two commendations from the NJ Narcotics Enforcement Officers Association for heading extremely impactful investigations against violent organizations .

    *August 2001 to September 2005*: **Police Officer / Detective (DEA TFO)**, Newark Police Department, Newark, NJ

- Newark Police Academy (August 2001 to December 2001)

    - Academy Platoon Leader responsible for 60 recruits. Received the Instructors Award for most outstanding recruit. Plus I worked rescue and recovery efforts at Ground Zero at the World Trade Center

- Patrol Division – East District (December 2001 to March 2004)

    - Uniformed patrol, uniformed crime suppression and plain clothes street crimes / anti-crime

    - Captain of the Newark team that participated on the NBC Today Show's "America's Bravest and Finest" national competition – National Semi-Finalist

- Neighborhood Enforcement Stabilization Task Force (March 2004 to APRIL 2004)

    - Targeted the most violent, crime ridden areas in the City of Newark

- Criminal Investigations Bureau (April 2004 to September 2005)/DEA TFO

    - Promoted to Detective where I worked homicides,sexual offenses, robberies, shootings, burglaries and narcotics. I was also assigned to the Drug Enforcement Administrationand deputized as a Task Force Officer where I worked Federal Level cases as a member of the HIDTA Task Force

- Received the following awards: Approximately 50 Command Citations for excellent police work, Commendation from the Chief of Police for Professionalism, FOP Honor Award for outstanding police work, Several Departmental Awards for excellent police duty, and a Newark Municipal Resolution/Commendation for Heroism

    *January 2000 to August 2001:* **Deputy Director/Deputy Coordinator OEM/P.I.O**, Newark Fire Department

- Represent the Newark Fire Department and the Office of Emergency Management to the news media, federal/state/county/municipal agencies, private and public organizations

- Coordinate and supervise multi-agency response to all major life and health threatening incidents

- Member of the Metropolitan Medical Response Committee – developed medical response plans to Weapons of Mass Destruction (WMD)/terrorist attacks, determine possible targets of attack and create proactive measures to limit loss of life

- Received Counter-Terrorism Education from the National Sheriff's Association (Managing WMD Incidents, An Executive Level Program for Sheriffs

- Completed Incident Command 300 (highest level of incident command) – managing the response to major events such as terrorist Incidents, WMD incidents and natural disasters

*July 1998 to January 2000:* **Assistant Deputy Director/Administrative Officer/Police Spokesman**, Newark Police Department

- Represent the Newark Police Department to the news media, federal/state/county/municipal agencies, private and public organizations

- Assist in the creation and supervision of community orientated crime prevention programs within the NPD Department of Community Affairs

- Assisted in the creation, instituting and restructuring of the following programs; Newark Police-Clergy Alliance, Drug Abuse Resistance Education (DARE) Program and the Police Explorers Program

- Assisted in the restructuring and reorganization of the Department of Public Relations and Community Affairs (Assistant Deputy Director of the Department)

- Represent the Police Director's Office at the Criminal Investigation Division meetings, Command Status Conferences, Crime Reduction Task Force Meetings and Y2K Meetings

- Handle critical and confidential special assignments from the Police Director

- Member/Leader of the Emergency Response Committee – developed disaster plans and proactive measures to ensure that the City of Newark is prepared for any catastrophe

- Trained by the Department of Defense for Domestic Preparedness for Nuclear, Biological and Chemical Weapons Terrorist Attacks (Awareness, Operations and Incident Command)

- Received the Appreciation Award from the Criminal Investigations Division for outstanding work at a

  homicide scene

*May 1997 to July 1998:* **Mayor's Aide,** Mayor's Office, City of Newark,NJ

- Liaison between the Mayor, the public and various governmental agencies

- Oversaw and advised the Newark Police, Fire Department and the Office of Emergency Management on behalf of the Mayor

- Resolve any significant issues or problems brought to the Mayor's attention

- Assist the Mayor in the formulation of effective policies and procedures in regards to the operation of municipal government

- Responsible for multi-million dollar special projects for Economic Development within the City of Newark

- Assist and advise the Mayor regarding the day to day running of thd City.  Newark, NJ is a 26.2 square mile city, with a 1200 officer police department, 400 firefighters, a million person population during the workweek, contains an international aiport and seaport, five hospitals/trauma centers, five colleges, a jail, the headquarters of Public Service Electric and Gas, the headquarters of Prudential and of Blue Cross Blue Shield Insurance Companies, the Newark Symphony Hall, the NJ Performing Arts Center, the Prudential Center Arena (hosts many types of sports and concerts)