# ATTACHMENT 2

## Matthew C. Greimel – List of Expert Testimony Within Last Four (4) Years

1. The People of the State of California, Plaintiff vs. Matthew ADDIEGO, Defendant Superior Court of the State of California, County of Placer, DA No. 21-08-013413, Court No. 62-181625A

2. The People of the State of California, Plaintiff vs. Matthew ADDIEGO, Defendant Superior Court of the State of California, County of Placer, DA No. 21-09-011692, Court No. 62-187245

3. United States v. Simon Arcentales Castro, United States District Court, Middle District of Florida, Case No: 8:22-cr-39-CEH-TGW

4. United States v. Keonte White, United States District Court, Middle District of Alabama, Case No. 1:23-cr-00405

5. United States v. Lawrence Coley, United States District Court, Middle District of Alabama, Case No. 2:23-CR-92-JIC-KFP

6. United States v. Eric King, United States District Court, Middle District of Alabama, Case No. 1:25CR118-002