**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

FILED

JUL 22 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ____aa____, DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. **CR-24-436-G** |
| | ) | |
| **MARIELLE SMITH,** | ) | **Violation: 21 U.S.C. § 846** |
| **a/k/a Toon,** | ) | |
| **a/k/a Trey,** | ) | |
| **a/k/a Way,** | ) | |
| **a/k/a Sumo,** | ) | |
| **a/k/a Wifi Vici, and** | ) | |
| **LASHASHA JOHNSON,** | ) | |
| **a/k/a Angel Eyes,** | ) | |
| **a/k/a Sasha Love,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SUPERSEDING INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From in or about September 2021, the exact date being unknown to the Grand Jury, through on or about October 16, 2024, in the Western District of Oklahoma and elsewhere,

-------------------------------------- **MARIELLE SMITH,**
**a/k/a Toon,**
**a/k/a Trey,**
**a/k/a Way,**
**a/k/a Sumo,**
**a/k/a Wifi Vici, and**
**LASHASHA JOHNSON,**
**a/k/a Angel Eyes,**
**a/k/a Sasha Love,** -----------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute controlled substances, including 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were accomplished by the following means, among others:

1. During the period of the conspiracy, **MARIELLE SMITH** used contraband cellphones to run a drug-trafficking organization (the Smith DTO) while incarcerated within the Oklahoma Department of Corrections (DOC). Several of these contraband cellphones were seized during the course of the investigation into the Smith DTO. **MARIELLE SMITH** used these contraband cellphones to direct the acquisition of controlled substances, including methamphetamine and fentanyl, and the subsequent distribution of those controlled substances throughout the Western District of Oklahoma and elsewhere.

2. Because **MARIELLE SMITH** was incarcerated during the course of the conspiracy, he necessarily utilized non-incarcerated coconspirators to carry out the

day-to-day operations of the Smith DTO. The Smith DTO typically acquired drugs from sources of supply located in California and Arizona, which were picked up by members of the conspiracy. On several occasions, law enforcement intercepted and seized drugs from members of the Smith DTO after the drugs were acquired in either California or Arizona. For example:

a. In September 2023, S.B. rented a vehicle and drove the vehicle with S.G. to Arizona to pick up fentanyl. On September 16, 2023, after picking up the fentanyl, S.B. and S.G. were stopped in Arizona with approximately 18.3 kilograms of fentanyl (approximately 175,000 pills) and a firearm in their vehicle.

b. In mid-February 2024, S.M. and B.H. rented two vehicles and drove in tandem to California to pick up methamphetamine. After picking up the methamphetamine, B.H. met A.L. to assist with transporting the methamphetamine back to Oklahoma. On February 16, 2024, B.H. and A.L. were stopped in Oklahoma with approximately 34 kilograms of methamphetamine and a firearm in their vehicle.

3. Once the drugs reached Oklahoma, **MARIELLE SMITH** used a network of coconspirators to distribute them, including **LASHASHA JOHNSON**, F.M., S.L., S.W., S.M., and others. Prior to being distributed, the drugs were stored at stash houses maintained by coconspirators, including a residence at 2224 N. Miramar Blvd., Oklahoma City, Oklahoma. On June 13, 2023, S.L. was stopped after leaving

this residence with approximately 2,400 grams of fentanyl (approximately 21,880 pills).

4. After the drugs were sold, the drug proceeds were delivered to other Smith DTO associates for further use by the organization.

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

STEPHEN HOCH
Assistant United States Attorney