AO 458 (Rev. 01/09) Appearance

# United States District Court

for the

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-24-436-G** |
| | ) | |
| **MARIELLE SMITH, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date: July 24, 2026.

s/THOMAS B. SNYDER
THOMAS B. SNYDER
Assistant United States Attorney
Bar Number: 31428 (OK)
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Thomas.Snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record in this matter.

s/THOMAS B. SYNDER
Assistant United States Attorney