**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-436-G-1** |
| | ) | |
| **MARIELLE SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is Defendant Marielle Smith's Motion (Doc. No. 544), requesting that the Government be directed to provide the disclosures required by Federal Rule of Criminal Procedure 16(a)(1)(G) and 16(a)(1)(F). The Government has filed responses to the Motion. *See* Doc. Nos. 573, 692.

At the Court's August 10, 2026 hearing in this matter, both parties stated that the required disclosures have been made. The parties, however, also raised issues regarding the sufficiency of the parties' notices of two proposed expert witnesses. *See* Doc. Nos. 596, 638.

Accordingly, as announced by the Court at the hearing, the parties are DIRECTED to file supplemental notices no later than 6:00 p.m. on August 21, 2026.

IT IS SO ORDERED this 13th day of August, 2026.

CHARLES B. GOODWIN
United States District Judge