U.S. NEWS

# Justice Department watchdog to review DEA tactic that permitted deadly fentanyl to hit streets

Fentanyl pills are displayed at a Drug Enforcement Administration research laboratory on Tuesday, April 29, 2025, in Northern Virginia. (AP Photo/Mark Schiefelbein, file)

Read More

BY JIM MUSTIAN AND JOSHUA GOODMAN

Updated 5:43 PM EDT, August 17, 2026

Leer en español

WASHINGTON (AP) — The U.S. Justice Department's internal watchdog on Monday announced a review of a controversial tactic in which federal law enforcement allowed fentanyl to hit the streets to build bigger cases against drug traffickers.

The review will examine government policies and wiretap investigations in which the U.S. Drug Enforcement Administration may have learned of fentanyl deliveries before they happened but stood down to avoid jeopardizing larger prosecutions.

Current and former agents said that investigative strategy — known as allowing drugs to "walk" — amounts to a gamble with public safety and may have violated Justice Department rules intended to safeguard communities from a synthetic opioid the White House last year designated as a " weapon of mass destruction."

The review comes less than two months after an Associated Press investigation found DEA agents repeatedly monitored — but did not seize — major fentanyl shipments in New Mexico between 2023 and 2025. It was disclosed in a statement by Justice Department Inspector General Don Berthiaume, one of his first official actions since being sworn in Friday.

0:00 / 40

**AP AUDIO: Justice Department watchdog to review DEA tactic that permitted deadly fentanyl to hit streets**

The U.S. Justice Department's internal watchdog is reviewing a practice by federal law enforcement to allow fentanyl to hit the streets to build bigger trafficking cases. AP correspondent Donna Warder reports.

The DEA did not immediately respond to a request for comment. DEA Administrator Terry Cole requested a narrower inspector general inquiry following AP's reporting, including a review of his agency's handling of a whistleblower complaint brought by Agent David Howell.

Cole wrote in an earlier statement that his request for an outside inquiry "should not be interpreted as reflecting any lack of confidence in the professionalism or integrity of DEA personnel."

Howell told AP that federal authorities "poisoned our community to make cases" in New Mexico. An internal DEA report reviewed by AP detailed how the DEA watched and declined to interdict a fentanyl delivery of 74,000 pills in a mobile home park in Albuquerque.

The fentanyl went unseized amid the deadliest drug epidemic in U.S. history and as DEA led a public awareness campaign — "One Pill Can Kill" — emphasizing that even a few milligrams of the substance can be lethal.

The inspector general said the review will focus on the Justice Department's actions over the past two years. It could determine whether the DEA permitted similar drug shipments to occur in other cities.

**Sign up for Morning Wire:** Our flagship newsletter breaks down the biggest headlines of the day.

Email address

Sign up

By checking this box, you agree to AP's Terms of Use and acknowledge that AP may collect and use your data pursuant to our Privacy Policy.

Howell said he expects the review to show federal authorities “endangered the public through willful inaction.”

“We welcome a third-party review of the tactics DEA and the New Mexico U.S. Attorney’s Office used to needlessly put Americans at risk of exposure to fentanyl,” said Tristan Leavitt, president of Empower Oversight, a whistleblower advocacy group representing Howell.

Leavitt has called on the Justice Department to revert back to an earlier policy, adopted in 2017, that called on agents to “seize or otherwise prevent the distribution” of fentanyl “as soon as practicable.” The department rewrote those rules in 2024 to afford law enforcement far more discretion in whether to take action to prevent fentanyl tracking, citing “the benefits to be achieved through preserving the investigation.”

The new inspector general review comes as New Mexico authorities continue an investigation into whether DEA agents broke state law by allowing hundreds of thousands of fentanyl pills to reach the streets of Albuquerque. Attorney General Raúl Torrez, a Democrat, recently threatened to sue the Justice Department after it refused to provide a list of records he requested. The DEA also has not allowed Howell to be interviewed by state authorities.

“The state is bearing the societal and financial harms of an influx of fentanyl into its communities,” Torrez wrote in a letter to federal authorities earlier this month.

Two additional DEA whistleblowers in New Mexico have come forward in recent weeks, including one who said his colleagues there failed to seize 350,000 fentanyl pills that they learned about during the very first call they intercepted in a 2024 wiretap. That shipment was part of an investigation that resulted in the largest fentanyl seizure in DEA history. Court records show agents had the opportunity to seize thousands of fentanyl pills but allowed trafficking to continue for months as they investigated.

The other whistleblower filed a complaint this month alleging his colleagues monitored — but did not arrest — a drug courier who made repeated deliveries of fentanyl from Phoenix to Albuquerque between 2022 and 2023. Agents estimated each delivery to contain between 50,000 and 100,000 fentanyl pills that went unseized.

---

Goodman reported from Miami.

JIM MUSTIAN

**JIM MUSTIAN**

Mustian is an Associated Press investigative reporter for breaking news.

JOSHUA GOODMAN

**JOSHUA GOODMAN**

Goodman is a Miami-based investigative reporter who writes about the intersection of crime, corruption, drug trafficking and politics in Latin America. He previously spent two decades reporting from South America.