**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-436-G-1** |
| | ) | |
| **MARIELLE SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is the Government's Motion (Doc. No. 718), seeking clarification regarding the deadline for responding to Defendant's Supplemental Motion (Doc. No. 717).

Although styled as a supplement to Defendant's previously filed Motion to Compel (Doc. No. 643), Defendant's Supplemental Motion raises new substantive issues and seeks relief beyond that presented in the original motion. The Court therefore construes the filing as a pretrial motion for purposes of determining the Government's response deadline.

Accordingly, the Government's Motion (Doc. No. 718) is GRANTED insofar as, should the Government elect to respond, its response shall be filed on or before August 27, 2026.

IT IS SO ORDERED this 20th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge