**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-24-436-G** |
| | ) | |
| **MARIELLE SMITH, *et al.*,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**SUPPLEMENTAL NOTICE OF EXPERT WITNESS**

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States hereby provides supplemental notice of its intention to introduce potential expert witness testimony from the following individual in its case-in-chief at trial.[1]

**A. TIMOTHY SPRATT:** Timothy Spratt is a Task Force Officer with the Drug Enforcement Administration (DEA) and Detective Sergeant with the McClain County Sheriff's Office with special professional training and experience investigating large-scale drug trafficking organizations. Through

[1] Under Federal Rule of Evidence 702, expert testimony is admissible when that expert is qualified, and the opinion is both relevant and reliable. Fed. R. Evid. 702 (requiring that experts have "specialized knowledge [that] will help the trier of fact to understand the evidence or to determine a fact in issue").

his training and experience, he has become familiar with some of the manners in which illegal drugs are imported, distributed, and sold. As part of his investigatory experience, he has coordinated the execution of search and arrest warrants, conducted physical surveillance, coordinated controlled purchases with confidential sources and undercover officers, analyzed records documenting the purchase and sale of illegal drugs, and spoken with informants and subjects, as well as other law enforcement officers, regarding the manner in which drug distributors obtain, finance, store, manufacture, transport, and distribute their illegal drugs.

Specifically, it is anticipated that Task Force Officer Spratt will testify to the following:

- The patterns and practices of drug trafficking organizations, including the methods employed by organizations to transport loads of drugs across the United States, including using interstate highways.

- The patterns and practices employed by drug dealers who are incarcerated—specifically, that incarcerated drug dealers commonly (1) use contraband cellphones to coordinate drug transactions, and (2) utilize non-incarcerated individuals to execute drug transactions and pickups on their behalf.

- One user dose of methamphetamine is ordinarily between approximately 0.25 and 0.50 grams, depending on the tolerance of the user. In light of this opinion, it is anticipated that TFO Spratt will testify that:

    - The approximately 34 kilograms of methamphetamine seized on February 16, 2024, from a vehicle occupied by Bridgette Hudgens and Amanda LeFebre, is equivalent to

between 68,000 and 136,000 individual doses of methamphetamine.

- One user dose of fentanyl is usually equivalent to one fentanyl pill or "unit." In light of this opinion, it is anticipated that TFO Spratt will testify that:

    - The approximately 57.2 grams of fentanyl (approximately 511 "units") seized on April 21, 2023, from a vehicle occupied by Friencheska Renee Moore, is equivalent to approximately 511 individual doses of fentanyl.

    - The approximately 2,403 grams of fentanyl (approximately 21,879 "units") seized on June 13, 2023, from a vehicle occupied by Shricea Lopez and Ashley Law, is equivalent to approximately 21,879 individual doses of fentanyl.

    - The approximately 18,376 grams of fentanyl (approximately 174,993 "units") seized on September 16, 2023, from a vehicle occupied by Serrica Goldsby and Shacronic Batise, is equivalent to approximately 174,993 individual doses of fentanyl.

- It is anticipated that Task Force Officer Spratt will testify that, based on his training and experience, the amount of methamphetamine and fentanyl seized as referenced herein is not consistent with one person using the methamphetamine/fentanyl for their personal consumption and, rather, is consistent with distribution.

- It is also anticipated that Task Force Officer Spratt will testify to the value of the methamphetamine and fentanyl recovered during the aforementioned events, based on the respective timeframes and locations that the substances were seized. Additionally, Task Force Officer Spratt is expected to testify that when drugs enter the country in areas closer to the United States border with Mexico, their value is lower than when they are transported further into the United States. For instance, the value of drugs increases when they are transported from a border state like

California or Arizona to a state like Oklahoma, which is further into the interior of the United States.

- It is also anticipated that Task Force Officer Spratt will testify that, based on his training and experience, drug dealers commonly use code words for different types of drugs, including “water bottles” for methamphetamine, “K packs” or “kps” for 1,000 fentanyl pills, and “white thots” for cocaine.

The basis for the above opinions is Task Force Officer Spratt’s significant training and experience investigating both drug trafficking and drug trafficking organizations, as detailed above and within his resume, which has been produced separately in discovery.

Task Force Officer Spratt has not authored any publications. He previously testified as an expert during the trial of *United States v. De Alba*, CR-25-238-PRW (W.D. Okla.), but has not otherwise testified at trial or deposition in the last 4 years.

I hereby affix my electronic signature below because I approve of the summary of my anticipated testimony as detailed above.

s/ *Timothy Spratt*
TIMOTHY SPRATT

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/ *Stephen Hoch*
STEPHEN HOCH (OBA 35133)
Assistant United States Attorney
210 Park Ave., Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (Office)
Stephen.Hoch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record in this matter.

*s/ Stephen Hoch*
Assistant United States Attorney