**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-24-436-G** |
| | ) | |
| **MARIELLE SMITH, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNITED STATES' MOTION TO CONTINUE PRETRIAL DEADLINES**

The United States respectfully submits this motion seeking an order continuing various pretrial deadlines in this matter as further detailed herein. Based on a recent conversation between undersigned counsel and counsel for Mr. Smith, the government anticipates that Mr. Smith will be filing a motion to continue the trial in this matter. Because of logistical circumstances, the government understands that counsel for Mr. Smith is unable to file the motion until at least August 28, 2026.

As of the date of this filing, proposed jury instructions and verdict form, trial briefs, requested voir dire, and a proposed summary of the indictment are due on or before August 26, 2026, while briefing detailing foreseeable issues, final witness lists, and JERS exhibits are due on or before August 31, 2026. Any objections to proposed jury instructions are due on or before September 1, 2026.

In view of the anticipated timing of Mr. Smith's request, the government requests an order from the Court extending the deadlines currently set for August 26, 2026, and August 31, 2026, to September 3, 2026, with any objections to proposed jury instructions due on or before September 8, 2026. Counsel for the government has conferred with counsel for Mr. Smith, who has no objection to the request herein.

In the event the trial setting in this matter is continued, the government anticipates conferring with counsel for Mr. Smith to submit a proposed scheduling order for the Court's consideration resetting any unexpired deadlines commensurate with the new trial setting.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

*s/ Stephen Hoch*
STEPHEN HOCH (OBA 35133)
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8736 (Office)
stephen.hoch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record.

*s/ Stephen Hoch*
STEPHEN HOCH
Assistant United States Attorney