IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| V. | 5:24-CR-436-G |
| MARIELLE SMITH | |

**Proposed Questions & Motion for Attorney Conducted Voir Dire**

COMES NOW, Marielle Smith, by and through undersigned counsel, and respectfully requests that this Court, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, permit his attorneys to participate in the *voir dire* examination in this case. The following questions are proposed to be propounded to the prospective jurors on behalf of Mr. Smith.

1. Have any of you served as a juror before? If yes, when and where? Was the case civil or criminal? What was the nature of the charges in the case (or what, generally, was the case about)? Were you the foreperson?

2. Have any of you served on a grand jury? If yes, when and where? Were you the foreperson?

3. Who has a family member or friend who works or has worked for any law enforcement or investigative agency such as a local police or sheriff's department, the FBI, DEA, IRS, etc.)?

4. Do any of you have a family member or friend who works for a prosecutorial agency – such as The United States Attorney's Office, the Attorney General's Office, a State Attorney, District Attorney or Solicitor's office?

5. Does anyone have friends or family members who work for a jail, prison, or Department of Corrections, Bureau of Prisons or Probation office or department?

6. Do know anyone who works for the U.S. Department of Justice anywhere in the United States in any capacity?

7. Do you know anyone who works in a courthouse anywhere in Oklahoma?

8. Has anyone in the courtroom ever worked for a law enforcement agency, prosecutorial agency, department of corrections, or probation, or have you ever *applied for a job* in any of these areas?

9. Have you or have any of your friends or family members ever worked in the criminal justice system in any way, as a lawyer, judge, bailiff, victim's advocate, in any way that you have not previously mentioned in response to a question I've asked.

10. Has anyone ever reported any wrong doing to authorities, even if this did not involve law enforcement?

11. Have any of you ever been a witness in a court case and given testimony under oath, either at a trial or hearing or by deposition or affidavit?

12. Other than a traffic accident, have you been questioned by or given a statement to a law enforcement officer or an investigator?

13. Do you know anyone who was suspected of or charged with a crime, and then cooperated with the prosecution and testified against others in exchange for having their charges dropped or reduced, or get a better outcome for their own situation?

14. Have you ever worked in the area of auditing or compliance?

15. Do you now, have you ever, or has any member of your family or household worked for the U.S. Government, or applied for a job with the U.S. Government or a governmental agency?

16. Have any of you ever lived in what would be considered a border town, or an area close to the U.S. border with Mexico?

17. Have any of you ever lived or regularly visited Lawton, OK? (any other areas to ask about?)

18. Do you now or have you ever lived in a community in which illegal drugs, or drug sales or trafficking has affected you, your family, or your community?

19. It is not necessary to give names if you answer this question affirmatively, but have you or anyone close to you had issues with addiction to illegal drugs, or street drugs – in other words, not prescription drugs?

20. Do you know of any situation in which a person has used illegal drugs and overdosed and survived or overdosed and died?

21. Other that what you might have read about in the news, do you have any knowledge or experience with any of the following drugs: Fentanyl? Methamphetamines, sometimes called Meth? (Any others?)

22. Do you have any training or experience in the field of chemistry?

23. Do you for any reason have any knowledge or particular interest on drug trafficking, how drug trafficking operations work, etc.?

24. Have you watched TV shows, such as Breaking Bad or Ozark, that deal with drug trafficking? Same question for movies, podcasts or books?

25. Through the news media or through any means, have you heard of any criminal or business enterprise involving inmates who are in prison somehow– through cell phones or other means – being involved with people on the outside?

26. Have you followed any news stories or watched other programs, listened to podcasts, etc. about problems with prison inmates regularly getting contraband like cell phones to use while they are in prison?

27. Do you know anyone who has ever worked in, been incarcerated in, or for any reason visited any of the following prisons? (name all involved in this case or Tre)

28. Does anyone believe that law enforcement is too limited in their ability to stop the sale and distribution of illegal drugs in this country?

29. Some people may tend to give more weight or credibility to witnesses who are called by the United States Government those called by the defense in a case like this. Is there anyone here who feels that way?

30. Some people may think that if a person is indicted by a federal grand jury, and a U.S. Attorney's office goes to the trouble to bring a case to trial in Federal Court, then that person must have done something wrong, or be guilty of something. Who here feels that way?

31. In our justice system, if the Government charges a citizen with a crime, they must prove every element of the crime charged beyond a reasonable doubt in order for a jury to find that citizen guilty of the crime. Does anyone think that is too high of a burden to place on the prosecution, or are you concerned that because of it some guilty people go free?

32. Likewise, in our justice system, a citizen accused of a crime has the presumption of innocence – he or she does not have to prove their innocence or testify in their own defense. Even though that being the law, is there anyone who thinks that if a person was truly innocent, he or she would testify?

33. Please take a moment and look around the courtroom. Do you recognize any other perspective jurors in the venire?

34. As a result of the questions you have been asked here today, have any of you formed any opinions at all about Marielle? Tre? Smith, or any issues involved in this case?

35. Is there anything else you think the Court or the parties might need to know about you, your circumstances, beliefs, opinions or experiences that might affect your jury service in this case? If yes, please raise your hand.

36. Read list of government witnesses if it has not been read.

Finally, Mr. Smith asks the Court for leave to supplement our proposed voir dire questions.

Dated: This 26th day of August, 2026.

Respectfully submitted,

*/s/ Josh D. Moore*
State Bar No. 520028
*(Admitted Pro Hac Vice)*
Attorney for Marielle Smith

*/s/ J. Wesley Bryant*
State Bar No. 091621
*(Admitted Pro Hac Vice)*
Attorney for Marielle Smith

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Email: josh_moore@fd.org

CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 5.1B

I hereby certify that the foregoing pleading has been formatted in Century Schoolbook 14 pt., in accordance with Local Rule 5.1B and that on this date, I electronically filed this pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Stephen C Hoch
DOJ-USAO
210 Park Avenue
Suite 400
Oklahoma City, OK 73102

Dated: This 26th day of August, 2026.

s/ *Josh Moore*
State Bar No. 520028
Attorney for Marielle Smith