UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Plaintiff(s) | ) | |
| vs. | ) | CASE NO. CR-24-436-G |
| Defendant(s) | ) | |

## CHANGE OF ADDRESS

To the Clerk of this court and all parties of record:

Please note my change of address as counsel in the above styled case for
_____ plaintiff ✓ defendant (name of party) Shacronic Batise.


s/ Jay D. Husbands — 28 AUG 26
Signature — Date

Jay D. Husbands
Print Name

Husbands Law Firm, P.L.L.C.
Firm

620 N. Robinson Ave., Suite 201
New Address

Oklahoma City, Oklahoma, 73102
City, State, Zip Code

(405) 604-0055
Phone Number — Fax Number

jh@husbandslawfirm.com
Email Address

*Certificate of Service*

__✓__ I hereby certify that on (date) 28th August, 2026 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

_____ I hereby certify that on (date) _______________, I served the attached document by (service method) ________________________________________________ on the following, who are not registered participants of the ECF System: (insert names and addresses)

Jay D. Husbands
s/ Attorney Name