[redacted]

**From:** Josh Moore <Josh_Moore@fd.org>
**Sent:** Wednesday, August 26, 2026 1:34 PM
**To:** Hoch, Stephen (USAOKW)
**Cc:** Snyder, Thomas (USAOKW)
**Subject:** [EXTERNAL] RE: Reciprocal Discovery Request

Stephen,

We have considered your request below and decided not to disclose the source of our information at this time absent an order of the Court compelling us to do so and after being afforded a meaningful opportunity to be heard. This position will, perhaps, come as little surprise in view of the significant quantity of material information in your own files that you have elected to withhold from the defense. Our source shared information concerning the ongoing OIG investigation in confidence with an implicit expectation that confidentiality would be maintained. Moreover, disclosing the source of this information could possibly compromise or impede an ongoing federal investigation that may implicate decisions made not only by the D.E.A. agents involved in this case, but also by your own office. We are mindful of our disclosure obligations under Rule 16 and intend to make the appropriate decisions (and disclosures) once the Court has definitively resolved the complex evidentiary issues implicated by these highly unusual circumstances. Happy, as ever, to discuss this matter at your convenience.

Josh

---

**From:** Hoch, Stephen (USAOKW) <Stephen.Hoch@usdoj.gov>
**Sent:** Tuesday, August 25, 2026 5:25 PM
**To:** Josh Moore <Josh_Moore@fd.org>
**Cc:** Snyder, Thomas (USAOKW) <Thomas.Snyder@usdoj.gov>
**Subject:** Reciprocal Discovery Request

Josh,

Pursuant to Fed. R. Crim. P 16, the government formally submits a request for reciprocal discovery in U.S. v. Smith (CR-24-436-G), to the extent any such discovery exists.

Along these lines, the government would further specifically request any documentation or materials supporting the claims set forth in the recent *Brady* motion concerning the OIG investigation (Doc. 719). Specifically, the motion states that "[b]ased on information and belief, the facts and circumstances of the DEA investigation led by Task Force Officer Timothy Spratt into [the Smith DTO] are now being actively scrutinized by federal investigators pursuant to this OIG review." The government would request that you furnish any documentation or materials which support the claim that any agent or officer associated with the investigation into the Smith DTO is being actively scrutinized by federal investigators.

Please feel free to reach out with any questions.

Thanks,
Stephen

----



GOVERNMENT EXHIBIT 1