# COURTROOM MINUTE SHEET

DATE 09/09/2026

CASE NUMBER CR-24-436-G

USA -vs- Joseph Zdyb

COMMENCED 1:11/2:54/4:13 ENDED 2:07/3:19/4:26 TOTAL TIME 1 hr 34 mins

PROCEEDINGS Sentencing

JUDGE CHARLES B. GOODWIN DEPUTY JACOB BUCKLE REPORTER SHERRI GRUBBS

PLF COUNSEL Stephen Hoch

DFT COUNSEL Marna Franklin

PROBATION OFFICER Alexis Maltz

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

The Court hears argument re PSR from Deft and Govt and makes findings. The Court hears argument re sentencing from Govt and Deft (and admits Deft's ex. 22) as well as personal statement of Deft and commits Deft to BOP for 18 months followed by 36 months of supervised release in addition to ordering a special assessment fee of $100.00 due immediately. Deft advised of appeal rights and ordered to self-surrender to USM or BOP designated facility no later than 10/9/2026 at 12:00 p.m.