# COURTROOM MINUTE SHEET

DATE 09/15/2026

CASE NUMBER CR-24-436-G

USA -vs- Lashasha Johnson

COMMENCED 1103/11:15 ENDED 11:10/11:21 TOTAL TIME 13 mins

PROCEEDINGS Change of Plea

JUDGE CHARLES B. GOODWIN DEPUTY JACOB BUCKLE REPORTER SUSAN FENIMORE

PLF COUNSEL Stephen Hoch

DFT COUNSEL Hank Meyer

PROBATION OFFICER Mychael McWhorter

INTERPRETER

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

Deft apprised of charge, penalties, and rights and pleads not guilty to count 1 alleged in the Superseding Indictment. Deft set on established trial docket and released on previously set bond and conditions.