IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIELLE TRAMANIE SMITH | CRIMINAL ACTION NO.<br>5:24-CR-436-G-1 |

**UNOPPOSED MOTION TO UNSEAL SEALED PORTIONS OF THE SENTENCING HEARING CONCERNING PROSECUTION WITNESS F.M.**

COMES NOW the defendant Marielle Smith, by and through counsel and moves to unseal the sealed portions of the sentencing hearing conducted with respect to prosecution witness F.M. before this honorable court in July of last year. The government does not oppose this request but F.M.'s court-appointed defense attorney does.

In support of this motion, counsel states as follows:

F.M. was sentenced by this court to a term of 60 months *of probation* in a case where the parties agreed that her guideline sentence (even after a 60-month downward departure based on 5k1.1 for cooperation) was 128 to 175 months. This extraordinarily lenient sentence was awarded to F.M. in direct

exchange for F.M.'s assistance in building and supporting a criminal case against Mr. Smith.

The scope and value of F.M.'s assistance to the government was addressed at the sentencing hearing during a sealed portion of the transcript where the trial prosecutor in this matter apparently outlined the handsome reward he hoped to (and ultimately did) secure on F.M.'s behalf.

It is respectfully submitted that the prosecutor's vigorous advocacy on behalf of F.M. before this Court is an extremely relevant consideration for any jury weighing the credibility of F.M.'s forthcoming testimony in this matter as it relates directly to bias, motive, and incentive to please the government. As stated, the government does not oppose unsealing this portion of the transcript but F.M.'s defense attorney does. The contents of the transcript are necessary in order for Mr. Smith to be able to fully exercise his constitutional rights under the Confrontation Clause at trial. As F.M. clearly intends to testify against Mr. Smith in an open and public courtroom during his trial in December of this year, F.M.'s involvement in the prosecution will be a secret to exactly no one and the reasons for maintaining the transcript under seal are therefore no longer applicable.

WHEREFORE, for these and any other such reasons as may appear to the Court it is respectfully requested that the sealed portion of the sentencing transcript of F.M. be immediately unsealed. In the alternative, Mr. Smith requests that the transcript be unsealed temporarily for the purpose of producing it to the defense team under the terms of this Court's previously entered protective order.

Dated: This 21st day of September 2026.

Respectfully Submitted,

*/s/ Josh D. Moore*
JOSH D. MOORE
GEORGIA BAR NO. 520028 (*Admitted Pro Hac Vice)*
ATTORNEY FOR MR. SMITH

*/s/ Kelyn J. Smith*
KELYN J. SMITH
ILLINOIS BAR NO. 6333376 (*Admitted Pro Hac Vice)*
ATTORNEY FOR MR. SMITH

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Josh_Moore@FD.org
Kelyn_Smith@FD.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was submitted to the Clerk of Court for filing and service on all parties involved via the CM/ECF system.

/s/ Josh D. Moore

/s/ Kelyn J. Smith