IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIELLE TRAMANIE SMITH | CRIMINAL ACTION NO.<br>5:24-CR-436-G-1 |

**JOINT MOTION TO FILE SEALED MOTION**

COMES NOW undersigned counsel on behalf of the defendant Marielle Smith and moves this court for an order permitting his motion seeking remedial measures to address deliberate withholding of exculpatory evidence by the prosecution to be filed under seal pursuant to LCrR 12.2. In support of this motion, counsel states that while the defense believes there are no legitimate security concerns implicated by the motion in question, the motion does discuss, at least in a general way, cooperation by various individuals with the prosecution's efforts to convict Mr. Smith. Because the government has expressed concerns about placing cooperating informants' names into the public record of these proceedings, undersigned counsel moves now, as a professional courtesy to opposing counsel, to file and maintain this particular motion under seal.

Dated: This 23rd day of September 2026.

Respectfully Submitted,

*/s/ Josh D. Moore*
JOSH D. MOORE
GEORGIA BAR NO. 520028 (*Admitted Pro Hac Vice)*
ATTORNEY FOR MR. SMITH

*/s/ Kelyn J. Smith*
KELYN J. SMITH
ILLINOIS BAR NO. 6333376 (*Admitted Pro Hac Vice)*
ATTORNEY FOR MR. SMITH

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Josh_Moore@FD.org
Kelyn_Smith@FD.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was submitted to the Clerk of Court for filing and service on all parties involved via the CM/ECF system.

/s/ Josh D. Moore

/s/ Kelyn J. Smith