**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-436-G-1** |
| | ) | |
| **MARIELLE SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is a Joint Motion (Doc. No. 761), filed by Defendant Marielle Smith, seeking leave to file his proposed motion under seal.

For good cause shown, the Joint Motion is GRANTED. Defendant may file his motion under seal in accordance with this Court's Local Criminal Rules and General Order No. 25-7.

IT IS SO ORDERED this 25th day of September, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge