**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-436-G** |
| | ) | |
| **MARIELLE SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# FOURTH AMENDED SCHEDULING ORDER

The parties' current scheduling order is amended as follows:

| **EVENT** | **DEADLINE** |
|---|---|
| Hearing on outstanding discovery issues and motions. | November 5, 2026, at 10:30 a.m. |
| Proposed jury instructions and verdict form. | November 12, 2026 |
| Objections to proposed jury instructions. | November 19, 2026 |
| Trial briefs, requested voir dire, joint proposed summary of the indictment (to be read during jury selection), and lists of witnesses.*<br><br>*The final witness lists shall include each witness's current hometown and specify whether the witness will be called or may be called. | November 19, 2026 |
| Docket Call. | November 24, 2026, at 10:00 a.m. |
| Pretrial conference and hearing on any pending motions in limine, *Daubert* motions, and other motions. | November 24, 2026, at 10:00 a.m. |
| Each party shall submit to the Court and to opposing counsel copies of its exhibits in an electronic format that is compatible with the JERS system, including labels for the exhibits as required by that system. | November 24, 2026 |
| Lists of foreseeable issues.*<br><br>*The parties shall list and briefly summarize any evidentiary, procedural, or other issue that counsel believes may arise at | November 24, 2026 |

| | |
|---|---|
| trial that will warrant briefing or argument outside the presence of the jury. In particular, counsel should advise the Court of any issue that may warrant an evidentiary hearing outside the presence of the jury. | |
| Jury trial docket. | December 1, 2026 |

IT IS SO ORDERED this 23rd day of October, 2026.

CHARLES B. GOODWIN
United States District Judge