AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

V.

Marielle Smith

**NOTICE**

CASE NUMBER: CR-24-436-G

***In Custody - Cleveland County Detention Center - USMS #41325-511***

Type of Case

☐ **CIVIL** ☒ **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. / DATE AND TIME |
|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N. W. 4th Street<br>Oklahoma City, Oklahoma 73102 | ROOM NO.<br>**Courtroom No. 305**<br>DATE AND TIME<br>**Tuesday, November 24, 2026 at 10:00 a.m.** |

TYPE OF PROCEEDING

**Pretrial Confernece and Hearing on the Government's Motion to Preclude Expert Witness Testimony and/or *Daubert* Motion (Doc. No. 687) and Government's Motion in Limine Seeking Exclusion of Improper Impeachment Evidence at Trial (Doc. No. 697)**

**TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED DATE AND TIME |
|---|---|---|
| | | |

CHARLES B. GOODWIN
U.S. DISTRICT JUDGE

October 28, 2026
DATE

/s/ Jacob Buckle
(BY) DEPUTY CLERK